**Order entered March 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00428-CV**

**IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

**ORDER**

Before the Court is appellant's February 26, 2021 "Affidavit of Fact Declaration of Truth." In the document, appellant states that the Court is required to provide a "written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within 15 days, via your own sworn and notarized affidavit, using fact, valid law and evidence to support your rebuttal of the specific subject matter stating in this Affidavit/Declaration." We construe the document as a motion. We **DENY** the motion.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE